**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-000133-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

IMAM MUHAMMAD ABDULLAH,

    Plaintiff,

v.

CHARLES SAMUELS, BOP DIRECTOR,
WARDEN BERKEBILE,
A.W. MUNSTER,
U.M. SPNRL,
U.M. HARGOOD,
C.O. SAWLER,
MANSPEAKER,
C.O. SANDS,
C.O. GONZELES,
P.A. OSAGIE,
GERAIWA, Kitchen Administrator,
U.M. RENGAL,
C.O. MONDAY,
C.M. HAWITT,
COUNSELOR FORRESTOR,
C.O. NORTON,
COUNSELOR MADISON,
C.O. MENDENA,
C.O. OTEGA,
C.O. HART,
LT. SHORTIS,
C.O. WILLIAM,
LT. WHITE HOUSE,
C.O. MILES,
C.O. COLLINS,
C.O. TORTEGILS,
C.O. STEVENS,
C.O. BILBREY,
C.O. MASSEY,
C.O. TURNER,
C.M. SUDLOW,
RELIGIOUS DEPT.,
CASSEL,
MAHUMUUD,
LEE,

FOOD DISTRIBUTION,
ARRICON,
LIEGURE,
LAW LIBRARY,
GONZELAS, Laundry, and
CHRISTIAN, Laundry,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Imam-Muhammad Abdullah, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. He has submitted a pleading titled, "Temporary Restraining Order."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this Order. Plaintiff is required to use a Court-approved form for his claims and either pay the $350.00 filing fee or in the alternative submit a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  X  is not submitted
(2)  __  is missing affidavit
(3)  X  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing certificate showing current balance in prison account
(5)  X  is missing authorization to calculate and disburse filing fee payments__
(6)  __  is missing required financial information
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form (must use the court's current form for filing prisoner complaints)
(9)  __  names in caption do not match names in caption of complaint, petition or

|      |     | habeas application |
|------|-----|--------------------|
| (10) | __  | other:             |

**Complaint, Petition or Application**:

| (11) | _X_ | is not submitted |
|------|-----|------------------|
| (12) | __  | is not on proper form (must use the Court's current form) |
| (13) | __  | is missing an original signature by the prisoner |
| (14) | __  | is missing page nos. __ |
| (15) | __  | uses et al. instead of listing all parties in caption |
| (16) | __  | names in caption do not match names in text |
| (17) | __  | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | __  | other: |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Plaintiff desires to proceed with this action he shall obtain the Court-approved form used in filing a prisoner complaint and a prisoner's 28 U.S.C. § 1915 motion and affidavit (10/1/12 Revised Date), (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED:  January 22, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge