IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00133-LTB

IMAM MUHAMMAD ABDULLAH,

    Plaintiff,

v.

CHARLES SAMUELS, BOP DIRECTOR,
WARDEN BERKEBILE,
A.W. MUNSTER,
U.M. SPNRL,
U.M. HARGOOD,
C.O. SAWLER,
MANSPEAKER,
C.O. SANDS,
C.O. GONZELES,
P.A. OSAGIE,
GERAIWA, Kitchen Administrator,
U.M. RENGAL,
C.O. MONDAY,
C.M. HAWITT,
COUNSELOR FORRESTOR,
C.O. NORTON,
COUNSELOR MADISON,
C.O. MENDENA,
C.O. OTEGA,
C.O. HART,
LT. SHORTIS,
C.O. WILLIAM,
LT. WHITE HOUSE,
C.O. MILES,
C.O. COLLINS,
C.O. TORTEGILS,
C.O. STEVENS,
C.O. BILBREY,
C.O. MASSEY,
C.O. TURNER,
C.M. SUDLOW,
RELIGIOUS DEPT.,
CASSEL,
MAHUMUUD,
LEE,
FOOD DISTRIBUTION,
ARRICON,

LIEGURE,
LAW LIBRARY,
GONZELAS, Laundry, and
CHRISTIAN, Laundry,

      Defendants.

## JUDGMENT

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 28, 2013, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 28 day of February, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ S. Grimm
                        Deputy Clerk